In re UNION LIFE INS. CO. (Supreme Court, Appellate Division, First Department. April 12, 1912.) In the matter of the Union Life Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements.

Order filed. See, also, 146 App. Div. 942, 131 N. Y. Supp. 1148.